**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MAURICE D. REDDICK,**

   **Plaintiff,**

v.                                                  **Case No:   6:15-cv-1368-Orl-40GJK**

**COMMISSIONER OF SOCIAL
SECURITY,**

   **Defendant.**

_____

**REPORT AND RECOMMENDATION**

This cause came on for consideration *sua sponte* upon the undersigned's review of the docket in this case.   On September 11, 2015, Maurice D. Reddick (the "Plaintiff") filed a *pro se* complaint against the Commissioner of Social Security and a motion to proceed without the prepayment of fees and costs.   Doc. Nos. 4-2 at 1-3; 5.[1]   On October 5, 2015, the undersigned entered an order finding that the complaint failed to establish this Court's subject matter jurisdiction over the action and directed Plaintiff, with instructions, to file an amended complaint on or before October 27, 2015.   Doc. No. 6 at 4-5.   The undersigned directed the Clerk to send Plaintiff a copy of the Court's order by Certified Mail (Doc. No. 6 at 7) and the Clerk's records reveal that Plaintiff received the order on October 8, 2015.   To date, Plaintiff has not filed an amended complaint.    Thus, Plaintiff has failed to comply with the undersigned's October 5, 2015 order and, furthermore, it appears this Court currently lacks subject matter jurisdiction over this action.   See Doc. No. 6 at 4.

---

[1] Plaintiff previously filed a motion for leave to proceed without prepayment of costs but failed to file a complaint. Doc. No. 1.   On August 19, 2015, the Court entered an order directing Plaintiff to file a complaint.   Doc. No. 3.

Based on the forgoing, it is **RECOMMENDED** that the Complaint (Doc. No. 4-2 at 1-3) be **DISMISSED without prejudice** for lack of subject matter jurisdiction and for Plaintiff's failure to comply with the Court's order (Doc. No. 6), **and the Clerk be directed to close the case**.

A party failing to file written objection to a magistrate judge's findings or recommendations within fourteen (14) days of issuance of the Report and Recommendation, waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.

Recommended in Orlando, Florida on October 29, 2015.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy