**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MAURICE D. REDDICK,

        Plaintiff,

v.                                                       Case No:  6:15-cv-1368-Orl-40GJK

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

This cause is before the Court on review of the United States Magistrate Judge's Report and Recommendation submitted October 29, 2015.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 29, 2015 (Doc. 7), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Complaint (Doc. 4-2 at 1-3) is **DISMISSED without prejudice** for lack of subject matter jurisdiction and for Plaintiff's failure to comply with the Court's order (Doc. 6).

3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 17, 2015.

                                                                                  _____
                                                                                  PAUL G. BYRON
                                                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties